NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NORTHERN STATES POWER COMPANY**
*Plaintiff-Cross Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2008-5037, -5041

---

Appeals from the United States Court of Federal Claims in 98-CV-484, Senior Judge John P. Wiese.

---

ON MOTION

---

Before DYK, *Circuit Judge.*

**ORDER**

The United States moves for the court to take judicial notice of Northern States Power Company's (Northern) petition for review filed in *In Re Application for a Certificate of Need for Construction of an Independent Spent Fuel Storage Installation,* Nos. C1-92-2314, C3-92-2315, C9-922-2321 (Minn. 1993)

Judicial notice may be appropriate with respect to court orders and documents filed in courts. However, the relevance of such materials is left to the discretion of the merits panel.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) A copy of this order and United States' motion, with petition for review attached, shall be transmitted to the merits panel assigned to hear this case.

FOR THE COURT

**DEC 0 1 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Alexander D. Tomaszczuk, Esq.
    Andrew P. Averbach, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC 0 1 2010**

**JAN HORBALY**
**CLERK**